UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD, | ) |
| | ) |
| Petitioner, | ) Case No. CV 12-267-MMM(AJW) |
| | ) |
| v. | ) |
| | ) JUDGMENT |
| OCTAVIO C. LUNA, | ) |
| PATTON STATE HOSPITAL, | ) |
| | ) |
| Respondents. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: February 15, 2012

_____
Margaret M. Morrow
United States District Judge